UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| CONNECTICUT JOINT BARGAINING COUNCIL, ROBERT TAYLOR, ALBERT ANTONIO, ALFRED BARNES, and CALVIN HENRY | : : : : : | NO. 3:19-cv-1254-VLB |
| v. | : : | |
| CONNECTICUT TRANSIT and H.N.S. MANAGEMENT COMPANY, INC. | : : | |

## JUDGMENT

This action having come before the Court on defendant H.N.S. Management Company, Inc.'s motion for summary judgment and plaintiffs' cross-motion for partial summary judgment before the Honorable Vanessa L. Bryant, United States District Judge; and

The Court having considered the full record of the case including applicable principles of law, having already dismissed all claims against defendant Connecticut Transit (12/6/2019) without prejudice pursuant to Fed. R. Civ. P. 4(m), and having issued a Memorandum of Decision granting defendant's motion and denying plaintiffs' cross-motion and dismissing the opt-in plaintiffs' suit without prejudice; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered in favor of defendant and this case is closed.

Dated at Hartford, Connecticut, this 21st day of August, 2020.

ROBIN D. TABORA, Clerk

By  /S/ Jeremy J. Shafer
Jeremy Shafer
Deputy Clerk

EOD: 8-21-2020